No. 91–742. KRISHER v. SHARPE ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–747. OCEAN DRILLING & EXPLORATION CO. (ODECO) v. DIMENSIONAL OILFIELD SERVICES, INC. C. A. 5th Cir. Certiorari denied.

No. 91–749. ASAM v. CITY OF TUSCALOOSA ET AL. Ct. Civ. App. Ala. Certiorari denied.

No. 91–752. DADE ET AL. v. CANNATELLA ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–753. ABICK ET AL. v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 91–754. HOME BOX OFFICE, INC., ET AL. v. Z CHANNEL LIMITED PARTNERSHIP. C. A. 9th Cir. Certiorari denied.

No. 91–755. CORAL CONSTRUCTION CO. ET AL. v. KING COUNTY, WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 91–756. WHITMER ET UX. v. JOHN HANCOCK MUTUAL LIFE INSURANCE CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–759. BALL ET AL. v. JOY TECHNOLOGIES, INC., FORMERLY JOY MANUFACTURING CO. C. A. 4th Cir. Certiorari denied.

No. 91–764. CONWAY v. STATESMAN MORTGAGE CO., FKA FEDERATED FINANCIAL CORP., ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–765. ISAACS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–770. JOSEPH C. KIRCHDORFER, INC. v. RICE, SECRETARY OF THE AIR FORCE. C. A. Fed. Cir. Certiorari denied.

No. 91–773. GIDDENS v. SHAKLEE U. S., INC. C. A. 9th Cir. Certiorari denied.

No. 91–775. KLEINMANN v. CUOMO, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.